# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**SR 920-869**

**Effective Date of Registration:**
December 30, 2021

**Registration Decision Date:**
February 14, 2022



## Title

**Title of Work:** KRAZY

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** January 23, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Harrell James
  **Author Created:** sound recording, music, lyrics
  **Domiciled in:** United States

- **Author:** Duawn Payne
  **Author Created:** sound recording, music, lyrics
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Harrell James
19066 Ash Eastpointe, MI 48023, United States

**Copyright Claimant:** Duawn Payne
9899 Balfour, Detroit, MI, 48224, United States

## Rights and Permissions

**Organization Name:** Rath, Young and Pignatelli
**Name:** R. Terry Parker
**Email:** rtp@rathlaw.com

Page 1 of 2

**Telephone:** (603)226-2600
**Address:** One Capital Plaza
Concord, NH 03302-1500 United States

## Certification

**Name:** Duawn Payne
**Date:** December 30, 2021

**Correspondence:** Yes

**Registration #:** SR0000920869
**Service Request #:** 1-10987297061



Rath, Young and Pignatelli
R. Terry Parker
One Capital Plaza
Concord, NH 03302-1500 United States