AO 121 (Rev. 06/16)

|  |  |
|---|---|
| TO:<br><br>Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 22-cv-6308  DATE FILED: 7/25/2022 | United States District Court, Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
| PLAINTIFF | DEFENDANT |
| Duawn Payne v. Harrell James | THEORY ENTERTAINMENT LLC d/b/a 300 ENTERTAINMENT, 1501 CERTIFIED ENTERTAINMENT, LLC, UNIVERSAL MUSIC PUBLISHING, INC., SEAN MICHAEL LEONARD ANDER |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SR 920-869 | KRAZY | Harrell James and Duawn Payne |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

\* See Attachment for additional Copyright Registrations

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| RUBY J. KRAJICK | /S/ V. BRAHIMI | 07/26/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy