UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DUAWN PAYNE and HARRELL JAMES

*Plaintiffs*,

-against-

THEORY ENTERTAINMENT LLC, d/b/a 300 ENTERTAINMENT, 1501 CERIFIED ENTERTAINMENT, LLC, UNIVERSAL MUSIC PUBLISHING, INC., SEAN MICHAEL LEONARD ANDERSON, p/k/a BIG SEAN and MEGAN RUTH PETE, p/k/a MEGAN THEE STALLION,

*Defendants*.

Civil Action No. 1:22-cv-06308-VSB

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Duawn Payne and Harrell James (collectively, "Plaintiffs"), on the one hand, and defendants 300 Entertainment LLC (formerly known as Theory Entertainment LLC), 1501 Certified Entertainment, LLC, Universal Music Publishing, Inc., Sean Michael Leonard Anderson, p/k/a Big Sean, and Megan Ruth Pete, p/k/a Megan Thee Stallion (collectively, "Defendants"), through their respective undersigned counsel, that:

1. Defendants' collective and respective time to answer, move or otherwise respond to the Complaint shall be extended through and including November 14, 2022.

2. With the exception of the defense of improper service of process, all of Defendants' collective and respective defenses, rights and remedies in response to the Complaint are expressly preserved and not waived.

Dated: New York, New York
       October 26, 2022

RATH, YOUNG and PIGNATELLI, P.C.

By: ―――――――――――――――
R. Terry Parker
(rtp@rathlaw.com)
120 Water Street, Second Floor
Boston, Massachusetts 02109
Tel: (603 226-2600

*Attorneys for Plaintiffs Duawn Payne
and Harrell James*

PRYOR CASHMAN LLP

By: ―――――――――――――――
William L. Charron
(wcharron@pryorcashman.com)
7 Times Square
New York, New York 10036
Tel: (212) 421-4100

*Attorneys for Defendants 300
Entertainment LLC (formerly known
as Theory Entertainment LLC), 1501
Certified Entertainment, LLC,
Universal Music Publishing, Inc., Sean
Michael Leonard Anderson, p/k/a Big
Sean, and Megan Ruth Pete, p/k/a
Megan Thee Stallion*


**SO ORDERED:**

10/27/2022

―――――――――――――――
Vernon S. Broderick
United States District Judge

The Parties are reminded that pursuant to Rule 1G of my Individual Rules & Practices in Civil Cases, "[a]ll requests for adjournments or extensions of time must be made in writing and filed on ECF as letter-motions."

2