UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DUAWN PAYNE and HARRELL JAME,   :
:
Plaintiffs,   :
: 22-CV-6308 (VSB)
-against-   :
: **ORDER**
:
THEORY ENTERTAINMENT LLC d/b/a   :
300 ENTERTAINMENT, 1501 CERTIFIED   :
ENTERTAINMENT, LLC, UNIVERSAL   :
MUSIC PUBLISHING, INC., SEAN   :
MICHAEL LEONARD ANDERSON, p/k/a   :
BIG SEAN and MEGAN RUTH PETE p/k/a   :
MEGAN THEE STALLION,,   :
:
Defendants.   :
:
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

  It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

  ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: November 14, 2022
   New York, New York

                 *[signature]*
                 Vernon S. Broderick
                 United States District Judge